**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

TEMIKA BROWN, ET AL.                                                                             PLAINTIFFS

vs.                                                                         Civil Action No. 4:07-cv-99 TSL-LRA

PECO FOODS, INC.                                                                                  DEFENDANT

**ORDER TRANSFERRING CASE FOR CONDUCTING DISCOVERY
AND ALL OTHER MATTERS PRIOR TO THE PRETRIAL
<u>CONFERENCE AND TRIAL</u>**

Having previously transferred other civil actions with claims based on the Fair Labor Standards Act, the above-styled and numbered civil action is hereby transferred to Judge Keith Starrett and Magistrate Michael T. Parker for deciding all matters related to said case prior to the pretrial conference and trial, including, but not limited to, discovery, the appointing of special masters, class certifications, summary judgment and all other decisions incident to the ongoing litigation.  Upon the conclusion of all matters prior to the final pretrial conference stage and trial, said case shall be returned to the docket of Judge Tom S. Lee for final adjudication.

**SO ORDERED, this the 24th day of August, 2007.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**